## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Hartford Fire Insurance Company,

03 CV 3190 PJS/JJG

Plaintiff,

v.

**ORDER FOR STATUS CONFERENCE**

Donald Laverne Clark, Jr., Robin Parsons,
and Transgroup Express, Inc., a Washington
corporation, d/b/a Transgroup,

Defendants.

**TO:**   **Counsel for Plaintiff:**

**Cole S. Klein and Gilbert J. Schroeder, Clausen Miller PC, 10 South LaSalle Street, Chicago, IL 60603**

**Brian N. Johnson, Halleland, Lewis, Nilan & Johnson, 220 South Sixth Street, Suite 600, Minneapolis, MN 55402**

**Defendants**

**Donald L. Clark, Jr., 13859 93rd Place N., Maple Grove, MN 55369**

**Robin Parsons, 11384-041, Duluth Federal Prison Camp, Dorm 211, Room 107, P.O. Box 1000, Duluth, MN 55814**

**Counsel for Defendant Transgroup**

**Christopher R. Grote and James M. Lockhart, Lindquist & Vennum PLLP, 80 S. Eighth Street, Suite 4200, Minneapolis, MN 55402**

**Diane M. Odeen, Lommen, Abdo, Cole, King & Stageberg, 80 S. Eighth Street, Suite 2000, Minneapolis, MN 55402**

**Counsel for Respondent Buffets, Inc.**

**Robert C. Lamar and Brian J. O'Shea , Lamar, Archer & Cofrin, 50 Hurt Plaza, Suite 900, Atlanta, GA 30303**

**David A. Donna, Donna & Daly, 1460 Buffet Way, Suite 150, Eagan, MN 55121**

The above-entitled action is on the September 5, 2006 Trial Calendar of Judge Patrick J. Schiltz, and had been assigned to the undersigned for trial.  Following issuance of the calendar, counsel for the parties brought to the attention of the Court that this case was "stayed for purposes of expert discovery and trial pending the disposition of the related case entitled *Buffets, Inc. v. Hartford Fire Insurance Company*" by Order of Magistrate Judge Arthur Boylan dated May 23, 2005.  The *Buffet* action is pending in this Court before Chief Judge Rosenbaum as case number 05 cv 931.  A motion to consolidate these two cases filed in the *Buffet* case (Docket #45) was denied by Order of Chief Judge Rosenbaum on October 28, 2005 (Docket #64).

Although the trial of this case has been stayed, the Court deems it appropriate to conduct a status conference in the action to review and advise the Court as to such matters as:

1.      The current status of Donald Laverne Clark, Jr. as a party to the action in light of the proceedings had in Bankruptcy Court files numbered 03-42902 and 03-4193.

2.      The current status of Robin M. Parsons as a party to this action, current information regarding his possible deportation, and his current residence and mailing address.

3.      A description of the discovery that has been conducted to date in this action, and the need for any further discovery.

4.      A description of any discovery that will be sought or required following the lifting of the current stay of expert discovery.

5.      The status of the *Buffet* case and its ultimate impact on the issues to be resolved in this action.

6.      Such other matters as counsel may suggest to accomplish the preparation for trial and final disposition of this action.

Upon the foregoing, **IT IS ORDERED** that counsel listed in the foregoing and the individual defendants be and appear before the Court on the 17th day of August, 2006 at 10:00 a.m. in a courtroom to be designated, Seventh Floor, 180 East Fifth Street, St. Paul, Minnesota, to fully advise the Court on the foregoing.

DATED: July 11, 2006.

   S/ Donald D. Alsop
DONALD D. ALSOP, Senior Judge
United States District Court